828

No. 72–1618. GIMELSTOB v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–1620. MOSS v. O'DONNELL, ADMINISTRATRIX, ET AL. C. A. 7th Cir. Certiorari denied.

No. 72–1623. BOOTHE v. MORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–1629. BLUETT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 72–1632. WRIGHT ET AL. v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 72–1634. DESERT OUTDOOR ADVERTISING, INC., ET AL. v. CITY OF ESCONDIDO. Sup. Ct. Cal. Certiorari denied.

No. 72–1635. OHIO CASUALTY GROUP v. PARRISH ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 72–1636. McCOY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–1639. BABICH ET AL. v. UNITED STATES; and No. 72–1654. SPANN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 477 F. 2d 242.

No. 72–1640. STANDARD EDUCATORS, INC., ET AL. v. FEDERAL TRADE COMMISSION. C. A. D. C. Cir. Certiorari denied.